# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge __King__

From: __L. Murray__, Deputy Clerk    Date Received: __08/31/2015__

Case No.: __5:15-mc-00010__    Case Title: __Pedro N. Ibanez v PNC Mortgage__

Document Entitled: __Notice of Appeal__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers and email address
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-7    Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
- ☐ General Order 10-07    Case is designated for electronic filing
- ☑ Other: Because this document is not directly or indirectly related to a civil or criminal case pending within this court or another district, judicial determination is required.

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__9/1/15__    __[signature]__
Date    U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (04/11)    NOTICE OF DOCUMENT DISCREPANCIES

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

AUG 31 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Name PEDRO N. IBANEZ, PRO PER
Address 40091 PASEO CHAPARRO ST
City, State, Zip MURRIETA CA 92562
Phone 951-452-0475
Fax _____
E-Mail _____
☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO N. IBANEZ<br><br>PLAINTIFF(S),<br>v.<br><br>PNC MORTGAGE. ET AL<br><br>DEFENDANT(S). | CASE NUMBER:<br>EDCV15 MISC 00010<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _____PEDRO N. IBANEZ_____ hereby appeals to
                                    *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☒ Other (specify):
PETITION FOR REVIEW
CONSTITONAL QUESTION

Imposed or Filed on ___FILED 7-22-15___. Entered on the docket in this action on ___AUG-3-2015___.

A copy of said judgment or order is attached hereto.

August 28, 2015                            _[signature]_
Date                                        Signature
                                            ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
        attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number
        of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, WHOSE ADDRESS APPEAR BELOW, CERTIFY:

THAT I AM, AND AT ALL TIMES HEREINAFTER WAS, MORE THAN 18 YEARS OF AGE,

THAT ON 30TH DAY OF AUGUST 2015, I SERVED A TRUE COPY OF THE FOLLOWING DOCUMENTS: NOTICE OF APPEAL

BY U.S. MAIL, FIRST CLASS POSTAGE PREPAID
ON: ATTY C.A. STRINGHAM
WOLFE & WYMAN
2301 DUPONT DR #300
IRVINE, CA 92612

CA. SUPREME COURT
350 MCALLISTER ST.
SAN FRANCISCO, CA 94102

SUP COURT CLERK,
PO BOX 431 - APPEALS
RIVERSIDE, CA 92502

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED ON 8-30-15

x Celia S. Ibanez
CELIA S. IBANEZ

40091 PASEO CHAPARRO ST

MURRIETA CA, 92562

COURT OF APPEAL
STATE OF CALIFORNIA
FOURTH APPELLATE DISTRICT
DIVISION TWO

### REMITTITUR

PEDRO N. IBANEZ,
    Plaintiff and Appellant,

v.

PNC BANK N.A. et al.,
    Defendants and Respondents.

E058834

(Super.Ct.No. RIC1219022)

The County of Riverside

    I, KEVIN J. LANE, Clerk of the Court of Appeal, State of California, Fourth Appellate District, certify the attached is a true and correct copy of the original opinion or decision entered in the above entitled cause on May 14, 2015, and this opinion or decision has now become final.

    PNC shall recover its costs on appeal.

Witness my hand and seal of the Court
this August 3, 2015.

Kevin J. Lane, Clerk/Administrator

By:   R. Hudy, Deputy Clerk

cc:   All parties (Copy of remittitur only, Rule 8.272, California Rules of Court).

Pedro N. Ibanez
40091 Paseo Chaparro
Murrieta, CA 92562

Carrie Afton Stringham
Wolfe & Wyman LLP
2301 Dupont Drive, Suite 300
Irvine, CA 92612

Superior Court Clerk
Riverside County
P.O. Box 431 - Appeals
Riverside, CA 92502



Court of Appeal, Fourth Appellate District, Division Two - No. E058834

S227034

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

PEDRO N. IBANEZ, Plaintiff and Appellant,

v.

PNC BANK N.A. et al., Defendants and Respondents.

The petition for review is denied.

SUPREME COURT
FILED

JUL 22 2015

Frank A. McGuire Clerk

_____
Deputy

CANTIL-SAKAUYE
_____
*Chief Justice*